THIS ORDER IS APPROVED.

Dated: November 18, 2019

Scott H. Gan, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>River Hacienda Holdings, LLC,<br><br>                         Debtor.<br>RHH Liquidating Trust,<br><br>                         Plaintiff,<br><br>v.<br><br>Platinum Management, Inc., an Arizona corporation; and Tanis Duncan,<br><br>                         Defendants. | Chapter: 11<br><br>Case No. 4:18-bk-00136-SHG<br><br>Adv. No. 4:19-ap-00070<br><br>**Judgment**<br><br>Date: November 6, 2019<br>Time: 2:00 p.m. |

This matter came before the Court on the Motion for Partial Summary Judgment No. 1-Unauthorized Post-Petition Transfers (DE 25), the opposition filed by defendants Platinum Management, Inc. ("Platinum") and Tanis Duncan and Plaintiff's reply. After argument on November 6, 2019, for the reasons stated on the record, and good cause appearing,

IT IS ORDERED:

    1.    Granting Plaintiff the RHH Liquidating Trust judgment against Platinum in the amount of $21,570.00 with respect to the claim for unauthorized post-petition transfers under 11 U.S.C. §§ 549, 550. This amount shall bear prejudgment interest at the legal rate provided in 28 U.S.C. § 1961 of 1.57% per annum from the date the Complaint in this action was filed, February 19, 2019.

2. This Judgment does not resolve Plaintiff's other claims asserted in the Complaint, against either Platinum or Tanis Duncan.

3. Pursuant to Fed. R. Civ. P. 54(b), applicable in this adversary proceeding pursuant to Bankr. R. 7054(a), this Court directs entry of this judgment as a final judgment having determined that there is no just reason for delay.

DATED AND SIGNED ABOVE.