**Lewis Roca Rothgerber Christie LLP**
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

Robert M. Charles, Jr.
Direct Dial: 520.629.4427
Direct Fax: 520.879.4705
Email: rcharles@lrrc.com

Attorneys for RHH Liquidating Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 11 |
| River Hacienda Holdings, LLC, | Case No. 4:18-bk-00136-SHG |
| Debtor. | |
| RHH Liquidating Trust, | Adv. No. 4:19-ap-00070 |
| Plaintiff, | **Satisfaction of Judgment** |
| v. | |
| Platinum Management, Inc., an Arizona corporation; and Tanis Duncan, | |
| Defendants. | |

The RHH Liquidating Trust acknowledges full satisfaction by Platinum Management, Inc. of the Judgment filed November 18, 2019 at Adversary Docket #39.

DATED this 23rd day of December, 2019.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr.
Attorneys for RHH Liquidating Trust

# CERTIFICATE OF SERVICE

I certify that on this 23rd day of December, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

DEE R. GILES on behalf of Defendant   Platinum Management, Inc.
dgiles@soarizonalaw.com

JANET HONG LINTON on behalf of Defendant Tanis A. Duncan, Esq.
jlinton@udalllaw.com

 */s/ Renee L. Creswell*
Lewis Roca Rothgerber Christie LLP