**Lewis Roca Rothgerber Christie LLP**
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

Robert M. Charles, Jr.
Direct Dial: 520.629.4427
Direct Fax: 520.879.4705
Email: rcharles@lrrc.com

Attorneys for RHH Liquidating Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>River Hacienda Holdings, LLC,<br><br>                Debtor.<br>RHH Liquidating Trust,<br><br>                Plaintiff,<br><br>v.<br><br>Platinum Management, Inc., an Arizona corporation; and Tanis Duncan,<br><br>                Defendant. | Chapter: 11<br><br>Case No. 4:18-bk-00136-SHG<br><br><br><br>Adv. No. 4:19-ap-00070<br><br>**Stipulation for Dismissal of Tanis Duncan With and Without Prejudice** |

This Stipulation is entered into by the parties through their counsel, who agree as follows:

    1.    This Action was commenced when an adversary complaint assigned number 19-00070 was filed on February 19, 2019.

    2.    This Court entered judgment on November 18, 2019, against Platinum Management, Inc. only, on the Plaintiff's claim for relief concerning Unauthorized Post-Petition transfers.

    3.    No other causes of action were asserted against Tanis Duncan in the Complaint.

    4.    The Judgment was satisfied in full and a satisfaction of judgment was filed with this Court.

5. There remain no claims or causes of action asserted in the Complaint against Tanis Duncan.

The parties therefore stipulate that this Court enter its order in the form submitted herewith.

DATED this 27th day of January, 2020.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr.
Attorneys for RHH Liquidating Trust

**UDALL LAW FIRM LLP**

By: */s/ Janet Hong Linton (with permission)*
Janet Hong Linton
Attorneys for Tanis Duncan

# CERTIFICATE OF SERVICE

I certify that on this 27th day of January, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

DEE R. GILES on behalf of Defendant   Platinum Management, Inc.
dgiles@soarizonalaw.com

JANET HONG LINTON on behalf of Defendant Tanis A. Duncan, Esq.
jlinton@udalllaw.com

 /s/ Renee L. Creswell
Lewis Roca Rothgerber Christie LLP