# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | RIVER HACIENDA HOLDINGS, LLC |
| Case Number: | 4:18-BK-00136-SHG  Chapter: 11 |
| Date / Time / Room: | MONDAY, MARCH 23, 2020 09:00 AM   7TH FLOOR #702 |
| Bankruptcy Judge: | MADELEINE C. WANSLEE |
| Courtroom Clerk: | CHRISTINA JOHNSON |
| Reporter / ECR: | N/A |

### Matter:

ADV: 4-19-00070

**RHH Liquidating Trust vs Platinum Management, Inc. & Tanis A. Duncan, Esq.**
SETTLEMENT CONFERENCE
R / M #:   48 / 0

### Appearances:

ROBERT M CHARLES, ATTORNEY FOR CARROLL PROPERTIES, L.L.C., RHH LIQUIDATING TRUST
DEE R. GILES, ATTORNEY FOR PLATINUM MANAGEMENT, INC.

### Proceedings:

The court notes that a settlement was not reached.